UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                    ) | MAG. No. 16-MJ-1077 |
| ) | |
| FRANCIS P. SALEMME,                  ) | |
| ) | |
| Defendant.            ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, through the undersigned attorney, does hereby move to unseal the complaint and related documents in this matter with the exception of the affidavit in support of the complaint.   In support of this motion, the United States states that the defendant has been taken into custody and that, therefore, there is no purpose served by the continued sealing of these documents.

However, the government submits that the affidavit in support of the complaint remain under seal because it contains sensitive law enforcement information on a matter which is a continuing subject of investigation.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
FRED M. WYSHAK, JR.
Assistant U.S. Attorney